ACCEPTED
03-15-00256-CV
6016819
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/10/2015 12:39:34 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00256-CV**

| | | |
|---|---|---|
| **ADRIAN JAMES** | § | **IN THE THIRD COURT** |
| | § | 3rd COURT OF APPEALS |
| *Appellant,* | § | AUSTIN, TEXAS |
| | § | 7/10/2015 12:39:34 PM |
| **V.** | § | **OF APPEALS** |
| | § | JEFFREY D. KYLE Clerk |
| **KIRBY HISCOX** | § | |
| | § | |
| *Appellee.* | § | **STATE OF TEXAS** |

3rd COURT OF APPEALS
AUSTIN, TEXAS
7/10/2015 12:39:34 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FIRST MOTION FOR EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Appellant, Adrian James, by and through his counsel of record, John W. Escover and files this Appellant's First Motion to Extend Time to File Appellant's Brief and in support thereof would respectfully show this court as follows:

1. Appellant's Brief is due on July 29, 2015.

2. Appellant requests this court extend Appellant's Brief deadline by 30 days to August 28, 2015.

3. Appellant seeks this extension of time due to his counsel of record will be on vacation from July 24, 2015 until August 7, 2015 and is a solo practitioner with a number of hearings and motions scheduled prior to and after the scheduled vacation dates.

4. This is Appellant's first request for an extension of time.

For the foregoing reasons Appellant respectfully requests this court grant Appellant's first request for an extension of time.

Respectfully submitted,

**THE LAW OFFICES OF JOHN W. ESCOVER, LLLP**

_____

JOHN W. ESCOVER
State Bar No. 24029539
401 Ranch Road 620 South, Suite 350
Austin, Texas 78734
Telephone: 512-263-0939
Facsimile: 512-263-0943
John@Escoverlaw.com
**ATTORNEY FOR APPELLANT**

## <u>CERTIFICATE OF CONFERENCE</u>

I have conferred with Appellee's counsel regarding Appellant's request to extend time. Appellee's counsel is in agreement with this request.

_____

John W. Escover

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing legal instrument has been served on all parties of record via facsimile and/or electronic service on the 10th day of July, 2015 as follows:

*Electronic Service or Via Facsimile: (512) 532-6008*
Henry Novak
11782 Jolleyville Rd., Suite 210
Austin, TX 78755

_____
John W. Escover

**CAUSE NO. 03-15-00256-CV**

| | | |
|---|---|---|
| **ADRIAN JAMES** | § | **IN THE THIRD COURT** |
| | § | |
| *Appellant,* | § | |
| | § | |
| **V.** | § | **OF APPEALS** |
| | § | |
| **KIRBY HISCOX** | § | |
| | § | |
| *Appellee.* | § | **STATE OF TEXAS** |

## ORDER GRANTING APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

On this the _____ day of _____, 2015 this court considered Appellant's First Motion to Extend Time to File Appellant's Brief and this court has determined Appellant's Motion should be granted.

It is therefore ordered that Appellant's Brief deadline is extended by 30 days until August 28, 2015.

IT IS SO ORDERED on this the _____ day of _____, 2015.

_____
PRESIDING JUDGE